UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

KELVIN FORD and TASHA FORD,

 Plaintiffs,

v.              Case No. 2:16-cv-02414-JPM-tmp

SPECIALIZED LOAN SERVICING, LLC,
JPMORGAN CHASE BANK, N.A.,
SHAPIRO & INGLE, LLP (dismissed),
MARATHON MANAGEMENT, LLC,
MARVIN'S GARDEN, LLC, and
AUCTION.COM, INC.,

 Defendants.

---

**ORDER GRANTING MOTIONS TO DISMISS MARATHON AND MARVIN'S CROSSCLAIMS AND COUNTERCLAIMS**

---

Before the Court is the Motion to Dismiss Counterclaims Against Plaintiffs Without Prejudice ("Motion to Dismiss Counterclaims") filed by Defendants Marathon Management, LLC ("Marathon") and Marvin's Garden, LLC ("Marvin") on March 9, 2018. (ECF No. 173.) Also before the Court is Marathon and Marvin's Motion to Supplement Summary Judgment Order and Dismiss Crossclaims Against Cross-Defendants as Moot and Without Prejudice ("Motion to Dismiss Crossclaims") filed on March 9, 2018. (ECF No. 175.)

On March 9, 2018, the Court entered an Order Shortening Response Time requiring Plaintiffs Tasha and Kelvin Ford ("Plaintiffs") to respond to the instant Motion to Dismiss Counterclaims by March 14, 2018. (ECF No. 176.) On March 12, 2018, the Court entered an Order Shortening Response Time requiring Defendant Specialized Loan Servicing, LLC ("SLS")

to respond to the instant Motion to Dismiss Crossclaims by March 19, 2018. (ECF No. 177.) On March 13, 2018, SLS filed a Notice of No Opposition to Dismissal of SLS notifying the Court that "pursuant to the Court's Order of March 12, 2018," SLS "consents to dismissal of the pending litigation." (ECF No. 179.) Therefore, both instant motions are unopposed.

Accordingly, and based on the entire record, Marathon and Marvin's Motions to Dismiss Counterclaims and Crossclaims are GRANTED. Marathon and Marvin's counterclaims against Plaintiffs are dismissed without prejudice, and Marathon and Marvin's crossclaims against SLS are dismissed as moot and without prejudice.

**IT IS SO ORDERED**, this 19th day of March, 2018.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE