UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KELVIN FORD and TASHA FORD,

    Plaintiffs,

v.                                Case No. 2:16-cv-02414-JPM-tmp

SPECIALIZED LOAN SERVICING, LLC,
JPMORGAN CHASE BANK, N.A.,
SHAPIRO & INGLE, LLP (dismissed),
MARATHON MANAGEMENT, LLC,
MARVIN'S GARDEN, LLC, and
AUCTION.COM, INC.,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Complaint filed by Plaintiffs Kelvin and Tasha Ford ("Plaintiffs") on June 13, 2016 (ECF No. 1); Defendants Marathon Management, LLC ("Marathon") and Marvin's Garden, LLC ("Marvin") having filed counterclaims against Plaintiffs and crossclaims against Defendant Specialized Loan Servicing, LLC ("SLS") (ECF No. 146); and the Court having entered Orders Granting in Part and Denying in Part Motions to Dismiss (ECF No. 138), Granting Motions for Summary Judgment (ECF No. 171), and Granting Motions to Dismiss Counterclaims and Crossclaims (ECF No. 180),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the aforementioned Orders, Plaintiffs' claims are DISMISSED WITH PREJUDICE, Marathon and Marvin's Counterclaims against Plaintiffs are DISMISSED WITHOUT PREJUDICE, and Marathon and Marvin's Crossclaims against SLS are DISMISSED WITHOUT PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

March 19, 2018
Date