# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KELVIN FORD and TASHA FORD | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:16-cv-02414-JPM-tmp |
| SPECIALIZED LOAN SERVICING, L.L.C., | ) | |
| CHASE MORTGAGE COMPANY, | ) | |
| SHAPIRO & INGLE, L.L.P., | ) | |
| MARATHON MANAGEMENT, L.L.C., | ) | |
| MARVIN'S GARDEN, L.L.C., and | ) | |
| AUCTION.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### JPMORGAN CHASE BANK, N.A. AND SPECIALIZED LOAN SERVICING, L.L.C.'S MOTION TO STRIKE PLAINTIFFS' MOTION TO ALTER OR AMEND

Defendants JPMorgan Chase Bank, N.A. ("Chase") and Specialized Loan Servicing, L.L.C. ("SLS") (collectively "Defendants"), respectfully file this Motion to Strike Plaintiffs' *pro se* Motion to Alter or Amend Judgment.

As reflected on the docket, the Fords are represented by Bo Luxman of the Luxman Law Firm *and* Webb A. Brewer of Brewer & Barlow PLC. Yet, despite having *two* sets of highly competent and capable attorneys, on or about April 14, 2018, Plaintiffs Kelvin Ford and Tasha Ford (the "Fords") filed a *pro se* Motion to Alter or Amend (Doc. No. 182).

A "hybrid" representation of proceeding with representation of counsel and *pro se* is prohibited. As set forth in *Chasteen v. Jackson*, 2012 WL 1564493 (S.D. Ohio, May 3, 2012), "the Sixth Circuit and other courts in this circuit routinely strike and/or refuse to consider pro se pleadings filed by represented parties." *citing see United States v. Flowers*, 428 Fed. Appx. 526, 530 (6th Cir. 2011) (collecting cases; *Jones v. Bradshaw*, 326 F.Supp.2d 857, 857–58 (N.D. Ohio

2004); *United States v. Clark*, 250 F.Supp.2d 856, 856 (S.D. Ohio 2002); *Jells v. Mitchell*, No. 1:98 CV 02453, 2011 WL 1257306, at *2–*3 (N.D. Ohio Mar.31, 2011); *Keenan v. Bagley*, No. 1: 01CV2139, 2010 WL 1133238, at *1–*2 (N.D. Ohio Mar.19, 2010); *see also United States v. Montgomery*, 592 F. App'x 411, 416 (6th Cir. 2014); *Keenan v. Bagley*, *United States v. Cromer*, 389 F.3d 662, 681 n.12 (6th Cir. 2004).

Accordingly, Defendants respectfully ask the Court to strike Plaintiffs' *pro se* Motion to Alter or Amend Judgment.

Submitted April 20, 2018.                Respectfully submitted,

/s/ James A. Haltom
JAMES A. HALTOM (BPR NO. 28495)
Nelson Mullins Riley & Scarborough, LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN  37219
Phone: (615) 664-5339
Email: James.Haltom@nelsonmullins.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been served upon all counsel of record for the parties at interest in this cause by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope; and electronically through the CM/ECF system to the attorney of record as follows:

| | |
|---|---|
| Webb A. Brewer<br>Brewer & Barlow, PLC<br>1755 Kirby Parkway, Suite 110<br>Memphis, TN 38120 | Bo Luxman<br>Luxman Law Firm<br>44 N. 2nd Street, Suite 1004<br>Memphis, TN 38103 |
| Erno Linder, Esq.<br>Baker Donelson Bearman Caldwell & Berkowitz<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103 | Malcolm B. Futhey III<br>THE FUTHEY LAW FIRM PLC<br>1440 Poplar Avenue<br>Memphis, Tennessee 38104 |

Submitted April 20, 2018.

*/s/ James A. Haltom*
James A. Haltom