# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

KELVIN FORD and TASHA FORD,

    Plaintiffs,

v.                                                                     Case No. 2:16-cv-02414-JPM-tmp

SPECIALIZED LOAN SERVICING, LLC,
JPMORGAN CHASE BANK, N.A.,
SHAPIRO & INGLE, LLP (dismissed),
MARATHON MANAGEMENT, LLC,
MARVIN'S GARDEN, LLC, and
AUCTION.COM, INC.,

    Defendants.

## ORDER GRANTING MOTION TO STRIKE

Before the Court is the Motion to Strike Plaintiffs' Motion to Alter or Amend ("Motion to Strike") filed by Defendants JPMorgan Chase Bank, N.A. ("Chase") and Specialized Loan Servicing, LLC ("SLS") on April 20, 2018. (ECF No. 184.) On March 5, 2018, the Court granted summary judgment in favor of Chase and SLS, as well as Defendants Marathon Management, LLC ("Marathon") and Marvin's Garden, LLC ("Marvin"). (ECF No. 171.) On March 19, 2018, the Court entered final judgment in this matter. (ECF No. 181.)

On April 16, 2018, Plaintiffs Kelvin and Tasha Ford ("Plaintiffs") filed a *pro se* Motion to Alter or Amend Judgment. (ECF No. 182.) Plaintiffs filed their motion "without counsel" despite being represented in this action by attorneys Bo Luxman and Webb A. Brewer. (See Notices of Appearance, ECF Nos. 116, 123.)

"In all courts of the United States the parties may plead and conduct their own cases personally or by counsel . . . ." 28 U.S.C. § 1654. "[A plaintiff] is not entitled to hybrid representation, and the Sixth Circuit and other courts in this circuit routinely strike and/or refuse to consider *pro se* pleadings filed by represented parties." Chasteen v. Jackson, No. 1:09-cv-413, 2012 WL 1564493, at *3 (S.D. Ohio May 3, 2012) (citing United States v. Flowers, 428 F. App'x 526, 530 (6th Cir. 2011)); see also United States v. Degroat, No. 97-cr-20004-DT-1, 2009 WL 891699, at *1 (E.D. Mich. Mar. 31, 2009) ("The court will strike the *pro se* motion because, now that Defendant is represented by counsel, all filings must be made by the attorney of record.").

Because they are represented by counsel in this action, the Court will not consider Plaintiffs' *pro se* Motion to Alter or Amend Judgment.[1] The Motion to Strike is GRANTED.

**IT IS SO ORDERED**, this 4th day of May, 2018.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes, however, that the Motion to Alter or Amend Judgment appears to simply re-assert the arguments Plaintiffs made at the summary judgment stage.