RECEIVED
2018 JUN 14 AM 10: 57

United States District Court for the <u>Western</u>

District of <u>Tennessee</u>

Kelvin Ford and Tasha Ford

Plaintiffs,

vs.

Case No. <u>2:16-cv-02414-JPM-tmp</u>

Specialized Loan Servicing, LLC,
JPMorgan Chase Bank, N.A.,
Shapiro & Ingle, LLP
Marathon Management, LL,
Marvin's Garden, LLC, and
Auction.com, Inc.,

Defendants.

# NOTICE OF APPEAL

Notice is hereby given that <u>Kelvin Ford and Tasha Ford</u>,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

<u>Order Denying Motion to Alter or Amend Judgment (ECF No. 190)</u>
*The final judgment, from an order describing it*

entered in this action on the <u>6th</u> day of <u>June</u>, <u>2018</u>.

(s) *[signatures]*

Address:     7421 Iris Cove

Memphis, TN  38125

*Pro Se*   <u>Kelvin Ford, Tasha Ford</u>

cc: Opposing Counsel, Court of Appeals

6CA-3
11/16

## CERTIFICATE OF SERVICE

I certify that, on June 14, 2018, the foregoing document has been served upon all counsel of record for the parties at interest in this cause by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope.

Malcolm Brown Futhey, III
THE FUTHEY LAW FIRM PLC
805 South Perkins Road
Memphis, TN 38117

James A. Haltom
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Nashville Place
150 4th Ave. North, Ste. 1100
Nashville, TN 37219

Erno Lindner
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Suite 2000
Memphis, TN 38103

_____
Kelvin D. Ford